**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **1:20-cv-265-HSO** |
| | § | **1:18-cr-37-HSO-JCG-1** |
| | § | |
| | § | |
| **JULIO CHANTELLO WILLIAMS** | § | |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue in this case. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: December 30, 2020

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE